# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | |
|---|---|
| Amirali Meghani, Zohra Amirali Meghani  )<br> *Plaintiff(s)* )<br> ) <br>v.   ) <br> ) <br>Ur M. Jaddou, *Director, United States Citizenship*  ) <br>*and Immigration Services*  ) <br> ) <br>*Defendant(s)* ) | Civil Action No.   2:23-cv-00502 |

## JUDGMENT IN A CIVIL ACTION

☐  **Jury Verdict.**

☑  **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order (Document No. 5) filed February 14, 2024, Defendant's Motion to Dismiss (Document No. 4) is GRANTED. This case is DISMISSED WITHOUT PREJUDICE.

Date:   February 15, 2024

JUDGMENT ENTERED ON DOCKET
DATE ENTERED:   2/15/2024

*JEFFREY S. EATON*
*CLERK OF COURT*

*/s/ Sharrah J. LeClair*
*Signature of Clerk or Deputy Clerk*